UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH ARNEZ DAVIS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:21-CV-1562-B-BK |
| | § | |
| STATE OF TEXAS, ET AL., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that misdemeanor Cause No. M2041623 is **REMANDED** *sua sponte* to Dallas County District Court. 28 U.S.C. § 1455(b)(4).

SO ORDERED this 4th day of August, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE